## Commonwealth *v.* Bradford, Appellant.

Argued March 20, 1967. *F. Emmett Fitzpatrick, Jr.,* for appellant; *Welsh S. White,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brooks, Appellant.

Argued March 27, 1967. *Robert F. Simone,* for appellant; *William H. Wolf, Jr.,* Assistant District Attorney, with him *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.